AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ERIK PRINCE,<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, an individual, and ALEX EMMONS, an individual,<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-10075 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Cole
114 5th Avenue
New York, NY 10011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Matthew L. Schwartz
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY, 10001
Phone: (212)446-2300
Fax: (212)446-2350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/29/2021                                     /S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*