UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIK PRINCE,<br><br>　　　　　Plaintiff,<br>　v.<br><br>THE INTERCEPT, a New York company, FIRST LOOK MEDIA WORKS, INC., a Delaware corporation, MATTHEW COLE, an individual, and ALEX EMMONS, an individual,<br><br>　　　　　Defendants. | Case No. 1:21-cv-10075 (LAP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Sabina Mariella, who is a member in good standing of the bar of this Court, hereby appears as counsel for Plaintiff Erik Prince in the above-captioned proceeding.

Dated: New York, New York
　　　　November 29, 2021

　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP

　　　　　　　　　　　　　　　　　By:　/s/ Sabina Mariella
　　　　　　　　　　　　　　　　　　　Sabina Mariella
　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　Telephone: (212) 446-2300
　　　　　　　　　　　　　　　　　　　Fax: (212) 446-2350
　　　　　　　　　　　　　　　　　　　smariella@bsfllp.com

　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Erik Prince*