UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
ERIK PRINCE, :
: No. 21 Civ. 10075 (LAP)
                Plaintiff, :
: ECF Case
    -against- :
:
:
THE INTERCEPT, et al., :
:
                Defendants. :
:
:
:
------------------------------------- X

      The motion of Mara Gassmann for admission to practice *pro hac vice* in the above captioned action is granted.

      Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and the Bar of the Commonwealth of Virginia; and that her contact information is as follows:

      Mara J. Gassmann
      Ballard Spahr LLP
      1909 K Street NW
      12th Floor
      Washington, D.C. 20006
      Email: gassmannm@ballardspahr.com
      Telephone: 202-508-1104
      Fax:  202-861-9888

      Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/23/22

_____
Hon. Loretta A. Preska
United States District Judge