# EXHIBIT 30

## to the Declaration of Mara Gassmann

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/01/2018

    Erik Dean Prince, date of birth (DOB) ▯▯▯▯▯ was interviewed at
the Special Counsel's Office, Washington, D.C.  Present representing
Prince were ▯▯▯▯▯ and ▯▯▯▯▯
▯▯▯ The interviewing team were FBI Special Agents ▯▯▯▯▯ and
▯▯▯▯▯ and Assistant Special Counsels Jeannie Rhee, Zainab Ahmad
and Aaron Zelinsky.

b6
b7C

    Prior to the start of the interview, ASC Zelinsky verbally reviewed the
terms of a letter setting forth the agreement upon which Prince made
himself available for the interview (Document 1).  Prince stated that he
understood the terms of the letter agreement.  Prince and ▯▯▯▯▯ signed
the letter.  After being advised of the identities of the interview team
and the nature of the interview, Prince provided the following information:

b6
b7C

    Prince was not initially a Donald Trump supporter.  As the campaign
heated up, Prince found that he agreed with many of Trump's
positions.  Prince spoke with ▯▯▯▯▯ about holding a
fundraiser for Trump.  ▯▯▯▯▯ told Prince that the Campaign had rejected
Prince's request to hold a fundraiser because Prince was too
controversial.  Prince did not speak with anyone else in the Campaign
about the fundraiser.

b6
b7C

    Prince contributed money directly to the Trump Campaign.  Prince also
donated at a Las Vegas event, to a Political Action Committee (PAC) run by
the ▯▯▯▯▯ and to Roger Stone's ads and social media efforts regarding
▯▯▯▯▯

b6
b7C

    Prince met Steve Bannon in 2013 at an event held at Breitbart for
Prince's book.  Bannon and Prince hold similar beliefs on many
issues.  Bannon knew Prince's experience and respected Prince's knowledge
of certain matters.  Bannon had Prince as a regular call-in guest on
Bannon's radio show.  During the campaign, Prince sent Bannon mostly
unsolicited policy papers.

    Prince was introduced to Donald Trump, Jr. at Trump Tower.  ▯▯▯▯▯
▯▯▯▯▯ may have introduced Prince to Trump, Jr.  The
first meeting was brief, Prince expressed his support and encouragement

b6
b7C

---

Investigation on  04/04/2018  at  Washington, District Of Columbia, United States (In Person)

File # ▯▯▯▯▯                     Date drafted  04/05/2018

by ▯▯▯▯▯

b6
b7C
b7E

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

**b7E**

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of   (U) Interview of Erik Prince 04.04.2018   , On   04/04/2018   , Page   2 of 12

for the Trump Campaign.  Prince met Trump, Jr. approximately two more
times at Trump Tower before the election.  At one of the meetings, Trump,
Jr. asked if Prince had met Trump.  Prince said no.  Trump, Jr. walked
Prince into a room and introduced Prince to Trump.  Trump and about ten
other people were in the room and Mike Pence was on the telephone.

Prince organized a meeting between [        ] and Trump, Jr. to discuss
Iranian civil rights issues. [                        ]
[                            ] introduced Prince to [        ]  Prince met [        ] in the Brussels Airport a
year or two before their meeting with Trump, Jr.  At the airport, [        ]

**b6**
**b7C**

[                                                    ] Prince is not
aware of any attempts by [        ] to get money from foreign
governments.

During their airport meeting, [        ] provided Prince with some documents
pitching his project.  Prince does not recall the details of [        ]
project.

**b6**
**b7C**

Sometime before the election in 2016, [        ] requested that Prince set
up a meeting with a high level person connected to Trump.  [        ] did not
request anyone in particular.  Prince knew Trump, Jr. and Bannon.  Prince
knew Bannon better and Bannon was a policy guy.  Prince does not recall
why he arranged the meeting with Trump, Jr. instead of Bannon.  Bannon may
have been unavailable because, at this time, he was very busy and often
traveling with Trump.  [        ] did not say that he wanted to pitch Trump,
Jr. for money, only that [        ] wanted to discuss Iranian issues, such as
the Obama administration's nuclear deal with Iran and payment of cash to
Iran.

**b6**
**b7C**

[        ] arrived for the meeting with George Nader.  Prince had not
expected Nader to be with [        ] Prince had worked with Nader in Iraq
around 2006.  In 2006, Nader was a courtesan for the Vice-President of

**b6**
**b7C**

**b7E**

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018  , On  04/04/2018  , Page  3 of 12

Iraq.  Prince,⬚and Nader met with Trump, Jr. in Trump Jr.'s
office.  Prince introduced⬚to Trump, Jr. as an Iran policy
person.  Prince introduced Nader as a person with knowledge of the Middle
East.  Prince also told Trump, Jr. that Prince had known Nader in Iraq ten
years earlier. ⬚took the lead on explaining why the nuclear
agreement with Iran was wrong. ⬚gave a brief synopsis of his
communications project but only as a way to bolster his position for a
change in Iran policy.  Trump, Jr. said that it was interesting
information and that he would take it onboard.  Trump, Jr. had no time or
interest for a granular discussion.  During the meeting,⬚never said
anything about using his company to help the Trump Campaign. ⬚did
not discuss anything with Prince about the Trump Campaign's social media
activities.

**b6**
**b7C**

Prince does not recall anyone else attending the meeting.  Prince does
not recall Stephen Miller attending the meeting.  Prince believes that
Nader was helping⬚meet potential investors.  Prince does not recall
Nader speaking at the meeting with Trump, Jr.  Prince does not know if
Nader had a separate agenda for attending the meeting.  Prince does not
recall whether he was with⬚and Nader throughout the entire time that
they were upstairs at Trump Tower.

**b6**
**b7C**

Prince does not know⬚other business interests. Prince has heard
of the PSY Group as an Israeli technology and communications company.
⬚had mentioned the PSY Group to Prince, but Prince does not recall
the context.  Prince does not know if⬚was associated with the PSY
Group.

**b6**
**b7C**

In July or August 2016, Prince had breakfast with Bannon.  Bannon
understood the union mentality of Trump's supporters.  Bannon had been in
contact with them through his radio show.  Prince and Bannon discussed
policy at the breakfast.  Two days later, the Trump Campaign hired Bannon.

Prince sold Blackwater in 2010.  Prince's main policy desire was to
have a president that would be open to private contractors conducting
stability operations.  Prince helped the UAE successfully combat Somali
pirates.  Prince has focused on "peripheral" areas where the Department of
Defense does not have a significant presence, such as Yemen, Somalia and
Libya.  Prince has also focused on Afghanistan.  Prince sent Bannon a
policy paper "Update on Problem Areas."  Prince also sent Bannon his "Case
for a Private Option."  Prince got the impression that Bannon had more
important policy matters on his plate.

Prince met Bannon a couple of times at Trump Tower before the
election.  Prince set up the meetings by texting Bannon or communicating
with⬚   Prince and Bannon discussed foreign policy and

**b6**
**b7C**

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018 , On  04/04/2018 , Page  4 of 12

trade.  Prince does not recall the subject of Russia coming up during any
of their discussions.

**b6
b7C**

_____ introduced Prince to Roger Stone.  _____ told Prince that Stone
was working on a 501(c)(4) Fund.  _____ did not say that Bannon or the
Campaign approved of Stone's fund.

**b6
b7C**

Stone mentioned WikiLeaks a few times.  Prince began one conversation
by asking what Stone thought would be released next.  Prince does not
recall anything that Stone said about WikiLeaks.  Stone did not give
Prince any inside information on the WikiLeaks release of Democratic
National Committee e-mails nor any information on Stone's contacts with
Julian Assange.  Prince was not aware of Stone's public statements about
WikiLeaks or Stone's contacts with Assange.

Barbara Ledeen had a trove of e-mails from the dark web that were
purportedly deleted e-mails from Hillary Clinton's server.  Ledeen wanted
to authenticate the e-mails.  Prince provided funding so that _____
_____ could hire a tech advisor to determine whether the e-mails were

**b6
b7C**

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of (U) Interview of Erik Prince 04.04.2018 , On 04/04/2018 , Page 5 of 12

real. [blank] reported to Prince that the tech advisor had determined the e-mails were not authentic. [blank] returned the unused portion of Prince's money. Prince does not believe that anyone from the Campaign knew of the effort.

b6
b7C

Prince spent election night at Trump Tower watching the voting returns. [blank] cleared Prince into the event. When it appeared that Trump would win, Prince and other people walked over to the Hilton to hear Trump's speech.

b6
b7C

Prince met Bannon in Trump Tower a few days after the election. Prince advocated for people to fill key National Security positions. Prince wanted people that would support his private approach and support disentangling America from foreign conflicts. [blank] Prince returned a few weeks later and met again with Bannon. Prince again discussed personnel decisions. Trump did not select any of the individuals that Prince recommended. Prince never sought a position for himself. On one occasion, Prince rode the train back from New York to Washington, D.C. with KellyAnne Conway. They did not have any substantive conversations during the train ride.

b6
b7C

Prince met Flynn in June 2016, before the Republican convention, for breakfast in Alexandria. [blank] introduced the two men. Prince and Flynn discussed foreign policy. Flynn had not yet become active in Trump's campaign. Prince does not recall any other substantive interactions with Flynn until after the election. Post-election, Flynn and Prince had a quick meeting at Trump Tower regarding which people should fill National Security positions. Another time, Prince and Flynn met at an Irish Pub and talked about how to put out fires in peripheral areas. Prince never talked about the role of Russia with Flynn.

b6
b7C

Prince met Trump three times. The first time was the introduction by Trump, Jr. in Trump Tower. The second time, Prince met Trump during a campaign event in Las Vegas before the last debate. The third time, Prince met Trump at a [blank] Prince never spoke for more than a minute to Trump. The substance was always Prince expressing his support and encouragement.

b6
b7C

Prince has Trump's phone numbers in his cell phone. [blank]

b6
b7C

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018          , On  04/04/2018  , Page  6 of 12

[ ] briefly introduced Prince to Jared Kushner while they were in
Trump Tower.  Prince and Kushner did not have any substantive
conversations.          b6  b7C

    Prince discussed National Security appointments with Dave
Bossie.  Prince and Bossie also discussed Robert Levinson, a former FBI
Agent, that disappeared in Iran.

    Prince briefly met K.T. McFarland.  Prince said hello to McFarland
while she was in an office talking with Judge Jeanine Pirro.

    The earliest text messages in Prince's cell phone are from March
2017.  Prince used his cell phone prior to March 2017.  Prince does not
know why the text messages do not go back farther than March 2017.  Other
than housekeeping, such as deleting spam messages, Prince has not deleted
any text messages from his cell phone. [ ]          b6  b7C

    Prince did not know in advance about the December 15, 2016 meeting in
New York between Trump representatives and UAE officials.  During the
meeting or shortly after it, Prince met Nader in the coffee shop of the
Four Seasons Hotel where the meeting was taking place.  Nader said that
Kushner, Flynn and Bannon were at the meeting with Mohammed Bin Zayed
(MBZ) and other UAE officials.  Nader said that they discussed Middle East
issues including Iran, Syria, Iraq, the Muslim Brotherhood and terrorism
generally.  Prince does not know who set up the meeting.

    Prince reviewed a series of text messages that he and Nader exchanged
on December 15, 2016 (Document 2).  In the first message, Nader asked
Prince when they could meet at the Pierre Hotel where Nader was
staying.  Prince responded that he had been asked to come straight to
Trump Tower upon arriving in New York. [ ] had probably told Prince
that Bannon had a window to see him.  Prince ended up meeting Nader in the
lobby of the Four Seasons Hotel.  Prince agreed to give Nader a policy
paper on the Muslim Brotherhood to pass on to MBZ.  Prince probably went
somewhere to print the paper, then returned and left it at the front desk
for Nader.  After their meeting in the lobby, Nader messaged Prince that
Nader "told Steven that we just met and he was delighted."  Nader always
stated things in the superlative.  Prince had told Nader that Prince had
met with Bannon.  In another message on December 15, Nader writes that he
cannot wait to "[f]ollow upon our excited mission."  Prince assumes that
the mission is getting the UAE and Saudi Arabia (KSA) to financially
support Prince's solution to end the fighting in Yemen.  Prince's solution          b6  b7C

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018 , On 04/04/2018 , Page 7 of 12

involved a smaller, more-focused, and perhaps private, armed force. Prince was confident that the UAE or KSA would go forward with this solution if Prince could get permission from the U.S. Government. Prince met with Bannon on December 16, 2016. Bannon said that Prince was right about MBZ being a great guy. Prince had told Bannon about a 2010 conference on freedom and Islam that Prince hosted in the UAE and that MBZ had attended.

After Trump won the election, Nader wanted access to as many people as possible. One time, Nader and Prince were waiting outside of Bannon's office. Prince does not believe they came to Trump Tower together. Prince does not recall any meetings that he attended with both Bannon and Nader. Trump, Jr. walked by and Nader attempted to talk with him. Trump, Jr. told Nader not to contact him anymore because he no longer handled policy matters. Trump, Jr. separately told Prince that he wanted Nader to stop texting him all the time. Nader received inauguration tickets from somebody at the stratum of Kushner. After inauguration, in May or June 2017, Prince ran into Nader in the White House. Nader did not say who he was meeting in the White House.

Prince reviewed messages between himself and Nader (Document 3). On December 20, 2016, Nader messaged Prince about Nader visiting the "neighboring country." Prince interpreted the "neighboring country" as Saudi Arabia and that Nader would be meeting with Mohammed bin Salman (MBS). Prince interpreted Nader's reference to going "big real hunting," as Prince's solution to end fighting in Yemen. Prince had discussed his ideas for ending fighting in Yemen with Nader but provided no detailed operations plan. Prince and Nader did not discuss the Trump administration and UAE working together. Prince does not know why Nader sent Prince an image of Nader and Putin together, other than the fact that Nader always likes to show off his connections.

Prior to this interview, Prince reviewed records showing that he travelled to New York on January 3, 2017. Prince does not recall the travel. The trip was probably to see Bannon. Prince does not recall checking whether Bannon or Trump, Jr. would be available before he travelled to New York. Prince reviewed messages exchanged between him and Nader from December 31, 2016 to January 4, 2017 (Document 4). Based on the messages, Prince believes that he planned to meet Nader in New York on January 3. Nader was pushing for a meeting with anyone from the Trump team. Prince does not know why Nader wanted to meet with someone from the Trump team. Prince does not recall setting up any meetings for Nader with the Trump team.

FD-302a (Rev. 05-08-10)

b7E

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018 , On 04/04/2018 , Page 8 of 12

   Prince reviewed a message that he sent at approximately 1:36 p.m., on
January 3, wherein he wrote that he would be at the Pierre Hotel
restaurant in 10 minutes to meet Nader (Document 4).  Prince does not
recall meeting Nader.  Prince and Nader probably planned to meet so that
Nader could download the information from Nader's meetings with MBZ and
MBS.  Prince reviewed a set of messages arranging a later meeting at the
Pierre Hotel restaurant, the messages ended with Prince writing "[a]m in
the restaurant" at 7:32 p.m (Document 4).  Prince does not recall the
second meeting with Nader either.  It was probably a continuation of the
same issues as the first meeting.

   Agents showed Prince images of the Pierre Hotel and its restaurant.
After viewing the images, Prince recalled meeting Nader in the restaurant
(Document 5).  Prince does not recall what they discussed. They may have
discussed Prince's upcoming meeting with MBZ.  Prince does not recall them
discussing Russia, Dmitriev or contacts with the Trump administration.

   Prince does not recall going to Trump Tower on January 3.  Prince may
have been trying to meet Bannon.  Prince had spoken with former U.S.
intelligence people about his plan and may have wanted to update
Bannon.  Prince often sat in the Starbucks in the Trump Tower lobby hoping
that Bannon would have an opening to see him.

   Prince does not know why Nader sent Prince information on Kirill
Dmitriev - a link to a Wikipedia page, "Quotes KD_DT.pdf," and "Kirill
DMITRIEV.pdf" - on January 3 and January 4 (Document 4).  Nader may have
sent the information because it came up during their dinner.  Prince would
be surprised if Nader sent the information without any discussion.  The
first time that Prince heard of Dmitriev was at Prince's meeting with MBZ
in the Seychelles.  At the end of that meeting, MBZ or one of his brothers
said that there was a Russian guy that the UAE had done business with and
that Prince should meet him.

   Prince does not recall opening the attachments sent by Nader on January
4, which contained the information on Dmitriev (Document 4).  Prince does
not recall calling _____ shortly
after the attachments were opened.  Prince would have called _____ to see
if Bannon had time to meet with Prince.  Prince probably did not meet
Bannon on January 3 because Prince would not have come back on January 4
if he had met with Bannon the day before.  There were other times when
Prince went to Trump Tower trying to meet with Bannon and never got in to
see him.  Prince does not recall whether he met with Bannon on January
4.  Prince does not recall telling Bannon or anyone else with the Trump
Transition team about Dmitriev before the meeting in the Seychelles.

b6
b7C

b7E

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of   (U) Interview of Erik Prince 04.04.2018   , On  04/04/2018  , Page   9 of 12

Prince was like a kid at Christmas about his meeting with MBZ, he could
only focus on the presents under the tree.  Prince had previously
conducted significant business with the UAE and he hoped to gain business
for the future.  Prince does not recall when he first learned that his
meeting with MBZ would be in the Seychelles rather than the Middle
East.  Prince does not recall communicating to Bannon or anyone else that
Prince would be meeting with MBZ.

b6
b7C

When Prince landed in the Seychelles, one of MBZ's men walked Prince
through customs and drove him to the Four Seasons Hotel.  MBZ owns the
resort so Prince did not have to pay for his room.  Prince met separately
with Nader before meeting with MBZ.  Nader warned Prince about the
atmospherics of MBZ's court and the rent-seeking behavior of its
members.  Prince and Nader took a golf cart to MBZ's villa.  Prince talked
with MBZ about problems in peripheral countries where the UAE had troops,
like Somalia, Libya and Yemen.  MBZ was exasperated by the Obama
administration.  In Prince's mind, Prince was not there on behalf of the
upcoming Trump administration.  Prince did not play up his relationship
with Bannon or anyone else close to Trump.  MBZ asked though whether
Prince thought that the Trump administration would support the ideas that
they were discussing.  In response, Prince cited Trump's campaign promises
and what Prince had heard from Trump's Strategic Policy Advisor, Bannon,
on the issues.  Prince spent about an hour and a half with MBZ.  MBZ
offered Prince a ride back to Abu Dhabi on MBZ's airplane.  At the end of
the meeting, one of MBZ's people said that there was a Russian guy at the
resort, that the UAE had put money into his funds, and that he would be a
useful guy for Prince to meet.

After the MBZ meeting, Prince went back to his room and napped.  Prince
then went to dinner, he believes Nader ate dinner with him.  After dinner,
Prince and Nader walked over to the bar and met Dmitriev.  Dmitriev's wife
was with him but soon walked away.  Dmitriev spent the first six or seven
minutes discussing his hope that their countries could work better
together.  Prince responded that if Roosevelt could work with Stalin to
defeat the Nazis then Trump and Putin could work together to fight
terrorism.  Dmitriev also talked about the two countries resuming normal
trade relations, but Prince does not recall Dmitriev specifically
mentioning sanctions.  Dmitriev knew Prince had been a loud advocate for
Trump but Prince does not recall Dmitriev speaking as if Prince was a
contact to the Trump people.  Dmitriev did not say when he had been asked
to meet with Prince or who asked him to meet with Prince.  Prince
understood that Dmitriev was in the Seychelles to meet MBZ.  Prince and
Dmitriev spent most of their time discussing oil prices.  Prince owns a

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018  , On 04/04/2018  , Page 10 of 12

geoscience business that searches for oil.  Prince explained to Dmitriev
how the Saudis failed to put the U.S. fracking companies out of business
by increasing production to keep prices low because the companies
continued to operate under U.S. bankruptcy laws.  Dmitriev insinuated to
Prince that he wanted Prince to pass along the message of better relations
to people in the U.S.  Dmitriev emphasized wanting to get past the
past.  Prince does not recall any discussion of potential Russian
interference in the 2016 Presidential election.  Prince had a beer during
their conversation.

   Prince went back to his room after the meeting with Dmitriev.  Prince
got a message from a Libyan friend that the Russian aircraft carrier
Kuznetsov had been toured by Khalifa Haftar of Libya.  Prince contacted
Nader and asked to meet with Dmitriev again.  Prince initially told
investigators that the second meeting also occurred in the bar.  After
Agents showed Prince images of Villa ☐ at the Four Seasons Seychelles       b6
(Document 6), Prince stated that his second meeting with Dmitriev was in       b7C
Nader's villa.  Prince pointed out to Dmitriev that Dmitriev had talked
about wanting to work together but that Prince personally thought that the
Kuznetsov incident would be offensive to the Trump
administration.  Dmitriev answered that he did not know about the incident
and that the Russian armed forces sometimes got ahead of themselves.

   Prince told Nader that he would let Bannon know that Prince had talked
with Dmitriev.  Prince would pass along to Bannon that someone in the
Russian power structure was interested in better relations.

   Prior to meeting Dmitriev, Prince read Dmitriev's biography that Nader
had previously sent him.  Prince cannot recall how he knew to look in his
cell phone for Dmitriev's information.  Prince posits that Nader must have
told him that Dmitriev is the person about which I previously sent you
information.  Even given the fact that Nader had sent the information
earlier, Prince is not sure whether the meeting between him and Dmitriev
was pre-arranged.  Having read the biography and knowing that Dmitriev
managed Russia's sovereign wealth fund, Prince knew before the meeting
that Dmitriev had strong political connections in Russia.

                                                                          b6
                                                                          b7C

   On the plane back to Abu Dhabi, Prince spoke alone with MBZ for about
an hour.  They mostly talked about planes and Prince's idea for using a
modified crop duster as a counterinsurgency plane.  MBZ is a

FD-302a (Rev. 05-08-10)                                                                                    b7E

Continuation of FD-302 of  (U) Interview of Erik Prince 04.04.2018      , On  04/04/2018    , Page  11 of 12

gearhead.  Prince does not recall discussing Dmitriev with MBZ.  Prince
landed in Abu Dhabi and went to China the next day.  Prince spent three or
four days in China before flying back to the U.S. on January 15.

   The next day, on January 16, Prince met with Bannon at the Breitbart
house.  [                              ]  Prince also told                     b6
Bannon about his meetings with MBZ and Dmitriev.  Prince said that MBZ was        b7C
interested in his solution to the fighting in Yemen and other
areas.  Prince described Dmitriev as a Western educated, sovereign wealth
fund manager.  Prince told Bannon that Dmitriev wanted an improved and
more cooperative relationship with the U.S.  On the morning of January 16,
before visiting Bannon, Prince captured a screenshot of Dmitriev's
Wikipedia page on his cell phone (Document 8).  Prince believes that he
captured the image so that he could remember Dmitriev's name when he met
with Bannon.  Prince cannot recall whether he showed Bannon the
screenshot.  Likewise, Prince cannot recall whether he told Bannon that
the meeting was in the Seychelles.

   Prince reviewed a January 17, 2017, message from Nader asking if Prince
had time to meet with [         ] (Document 9)  Prince replied yes.  Prince        b6
does not know who [       ] is.  Nader then messaged "[w]hat about Kirill?"        b7C
(Document 9)  Prince does not think he responded to this message.  Prince
does not recall communicating with Nader about Dmitriev after they left
the Seychelles.  Prince does not recall sending a message to Nader stating
Prince had been contacted by the Senate Intel Committee "all thanks to the
Russian guy you wanted me to meet."  Nader would not take any action
unless it was approved by MBZ.  Prince does not know why he would have
wrote "you" wanted me to meet when it was one of MBZ's other people that
suggested the meeting unless it was because Nader walked Prince into the
meetings with MBZ and Dmitriev.  Prior to the Washington Post article in
April 2017, only Bannon, Nader, Dmitriev and the UAE officials knew that
Prince had met with Dmitriev.  Prince may have told Flynn but he does not
believe that he told Flynn.

   On the day of his testimony before the House Permanent Select Committee
on Intelligence (HPSCI), Prince believed that he was only going to speak          b6
with Devin Nunes about illegal unmasking of Americans and the wrongful use        b7C
of SIGINT.  Prince agreed to the release of his HPSCI testimony because,
after speaking with [                              ] Prince did not
believe that he had a choice.

                                                                                  b6
                                                                                  b7C

b7E

Continuation of FD-302 of   (U) Interview of Erik Prince 04.04.2018                , On   04/04/2018   , Page   12 of 12

[redacted] MBZ would have arranged the meeting for
strategic reasons such as chipping away at the relationship between Russia
and Iran.

b6
b7C

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

# Report On The Investigation Into Russian Interference In The 2016 Presidential Election

Volume I of II

## Special Counsel Robert S. Mueller, III

*Submitted Pursuant to 28 C.F.R. § 600.8(c)*

Washington, D.C.

March 2019

Aven [Grand Jury] told Putin he would take steps to protect himself and the Alfa-Bank shareholders from potential sanctions, and one of those steps would be to try to reach out to the incoming Administration to establish a line of communication.[986]   Aven described Putin responding with skepticism about Aven's prospect for success.[987]   According to Aven, although Putin did not expressly direct him to reach out to the Trump Transition Team, Aven understood that Putin expected him to try to respond to the concerns he had raised.[988]   Aven's efforts are described in Volume I, Section IV.B.5, *infra*.

## 2.  Kirill Dmitriev's Transition-Era Outreach to the Incoming Administration

Aven's description of his interactions with Putin is consistent with the behavior of Kirill Dmitriev, a Russian national who heads Russia's sovereign wealth fund and is closely connected to Putin.  Dmitriev undertook efforts to meet members of the incoming Trump Administration in the months after the election.  Dmitriev asked a close business associate who worked for the United Arab Emirates (UAE) royal court, George Nader, to introduce him to Trump transition officials, and Nader eventually arranged a meeting in the Seychelles between Dmitriev and Erik Prince, a Trump Campaign supporter and an associate of Steve Bannon.[989]   In addition, the UAE national security advisor introduced Dmitriev to a hedge fund manager and friend of Jared Kushner, Rick Gerson, in late November 2016.  In December 2016 and January 2017, Dmitriev and Gerson worked on a proposal for reconciliation between the United States and Russia, which Dmitriev implied he cleared through Putin.  Gerson provided that proposal to Kushner before the inauguration, and Kushner later gave copies to Bannon and Secretary of State Rex Tillerson.

### a.  Background

Dmitriev is a Russian national who was appointed CEO of Russia's sovereign wealth fund, the Russian Direct Investment Fund (RDIF), when it was founded in 2011.[990]   Dmitriev reported directly to Putin and frequently referred to Putin as his "boss."[991]

RDIF has co-invested in various projects with UAE sovereign wealth funds.[992]   Dmitriev regularly interacted with Nader, a senior advisor to UAE Crown Prince Mohammed bin Zayed

---

[986] [Grand Jury]

[987] [Grand Jury]   Aven 8/2/18 302, at 6.

[988] Aven 8/2/18 302, at 4-8; [Grand Jury]

[989] Nader provided information to the Office in multiple interviews, all but one of which were conducted under a proffer agreement. [Grand Jury].  The investigators also interviewed Prince under a proffer agreement.  Bannon was interviewed by the Office, [Grand Jury] under a proffer agreement.

[990] Kirill Dmitriev Biography, Russian Direct Investment Fund, *available at* https://rdif.ru/Eng_person_dmitriev_kirill/.  *See also* Overview, Russian Direct Investment Fund, *available at* https://rdif.ru/Eng_About/.

[991] Gerson 6/15/18 302, at 1.  *See also, e.g.*, 12/14/16 Text Message, Dmitriev to Gerson; 1/9/17 Text Message, Dmitriev to Gerson.

[992] [Grand Jury]

(Crown Prince Mohammed), in connection with RDIF's dealings with the UAE.[993]  Putin wanted Dmitriev to be in charge of both the financial and the political relationship between Russia and the Gulf states, in part because Dmitriev had been educated in the West and spoke English fluently.[994] Nader considered Dmitriev to be Putin's interlocutor in the Gulf region, and would relay Dmitriev's views directly to Crown Prince Mohammed.[995]

Nader developed contacts with both U.S. presidential campaigns during the 2016 election, and kept Dmitriev abreast of his efforts to do so.[996]  According to Nader, Dmitriev said that his and the government of Russia's preference was for candidate Trump to win, and asked Nader to assist him in meeting members of the Trump Campaign.[997]  Grand Jury [998]  Nader did not introduce Dmitriev to anyone associated with the Trump Campaign before the election.[999]

Grand Jury [1000] Grand Jury [1001] Grand Jury [1002] Grand Jury [1003] Grand Jury [1004] Grand Jury

Erik Prince is a businessman who had relationships with various individuals associated with the Trump Campaign, including Steve Bannon, Donald Trump Jr., and Roger Stone.[1005] Prince did not have a formal role in the Campaign, although he offered to host a fundraiser for

---

[993] Nader 1/22/18 302, at 1-2; Nader 1/23/18 302, at 2-3; 5/3/16 Email, Nader to Phares; Grand Jury

[994] Nader 1/22/18 302, at 1-2.

[995] Nader 1/22/18 302, at 3.

[996] Nader 1/22/18 302, at 3; Grand Jury

[997] Nader 1/22/18 302, at 3; Grand Jury

[998] Grand Jury

[999] Nader 1/22/18 302, at 3.

[1000] Grand Jury

[1001] Grand Jury

[1002] Grand Jury

[1003] Grand Jury

[1004] Grand Jury

[1005] Prince 4/4/18 302, at 1-5; Bannon 2/14/18 302, at 21.

U.S. Department of Justice
Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

Trump and sent unsolicited policy papers on issues such as foreign policy, trade, and Russian election interference to Bannon.[1006]

After the election, Prince frequently visited transition offices at Trump Tower, primarily to meet with Bannon but on occasion to meet Michael Flynn and others.[1007]  Prince and Bannon would discuss, *inter alia*, foreign policy issues and Prince's recommendations regarding who should be appointed to fill key national security positions.[1008]  Although Prince was not formally affiliated with the transition, Nader **Grand Jury**       received assurances **Grand Jury** that the incoming Administration considered Prince a trusted associate.[1009]

### b. Kirill Dmitriev's Post-Election Contacts With the Incoming Administration

Soon after midnight on election night, Dmitriev messaged **Investigative Technique** who was traveling to New York to attend the 2016 World Chess Championship. **Investigative Technique** Dmitry Peskov, the Russian Federation's press secretary, who was also attending the World Chess Championship.[1010] **Investigative Technique** [1011] **Investigative Technique** [1012] **Investigative Technique** [1013]

At approximately 2:40 a.m. on November 9, 2016, news reports stated that candidate Clinton had called President-Elect Trump to concede.  At **Investigative Technique** [1014] **Investigative Technique** wrote to Dmitriev, "Putin has won."[1015]

---

[1006] Prince 4/4/18 302, at 1, 3-4; Prince 5/3/18 302, at 2; Bannon 2/14/18 302, at 19-20; 10/18/16 Email, Prince to Bannon.

[1007] Flynn 11/20/17 302, at 6; Flynn 1/11/18 302, at 5; Flynn 1/24/18 302, at 5-6; Flynn 5/1/18 302, at 11; Prince 4/4/18 302, at 5, 8; Bannon 2/14/18 302, at 20-21; 11/12/16 Email, Prince to Corallo.

[1008] Prince 4/4/18 302, at 5; Bannon 2/14/18 302, at 21.

[1009] **Grand Jury**

[1010] **Investigative Technique** Nader 1/22/18 302, at 5-6; **Grand Jury**

[1011] **Investigative Technique**

[1012] **Investigative Technique**

[1013] **Investigative Technique**

[1014] **Investigative Technique**

[1015] **Investigative Technique**

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

Later that morning, Dmitriev contacted Nader, who was in New York, to request a meeting with the "key people" in the incoming Administration as soon as possible in light of the "[g]reat results."[1016]  He asked Nader to convey to the incoming Administration that "we want to start rebuilding the relationship in whatever is a comfortable pace for them.  We understand all of the sensitivities and are not in a rush."[1017]  Dmitriev and Nader had previously discussed Nader introducing him to the contacts Nader had made within the Trump Campaign.[1018]  Dmitriev also told Nader that he would ask Putin for permission to travel to the United States, where he would be able to speak to media outlets about the positive impact of Trump's election and the need for reconciliation between the United States and Russia.[1019]

Later that day, Dmitriev flew to New York, where Peskov was separately traveling to attend the chess tournament.[1020]  Dmitriev invited Nader to the opening of the tournament and noted that, if there was "a chance to see anyone key from Trump camp," he "would love to start building for the future."[1021]  Dmitriev also asked Nader to invite Kushner to the event so that he (Dmitriev) could meet him.[1022]  Nader did not pass along Dmitriev's invitation to anyone connected with the incoming Administration.[1023]  Although one World Chess Federation official recalled hearing from an attendee that President-Elect Trump had stopped by the tournament, the investigation did not establish that Trump or any Campaign or Transition Team official attended the event.[1024]  And the President's written answers denied that he had.[1025]

Nader stated that Dmitriev continued to press him to set up a meeting with transition officials, and was particularly focused on Kushner and Trump Jr.[1026]  Dmitriev told Nader that Putin would be very grateful to Nader and that a meeting would make history.[1027]  **Grand Jury**

---

[1016] 11/9/16 Text Message, Dmitriev to Nader (9:34 a.m.); Nader 1/22/18 302, at 4.

[1017] 11/9/16 Text Message, Dmitriev to Nader (11:58 p.m.).

[1018] Nader 1/22/18 302, at 3.

[1019] 11/9/16 Text Message, Dmitriev to Nader (10:06 a.m.); 11/9/16 Text Message, Dmitriev to Nader (10:10 a.m.); **Grand Jury**

[1020] 11/9/16 Text Message, Dmitriev to Nader (10:08 a.m.); 11/9/16 Text Message, Dmitriev to Nader (3:40 p.m.); Nader 1/22/18 302, at 5.

[1021] 11/9/16 Text Message, Dmitriev to Nader (7:10 p.m.).

[1022] 11/10/16 Text Message, Dmitriev to Nader (5:20 a.m.).

[1023] Nader 1/22/18 302, at 5-6.

[1024] Marinello 5/31/18 302, at 2-3; Nader 1/22/18 302, at 5-6.

[1025] Written Responses of Donald J. Trump (Nov. 20, 2018), at 17-18 (Response to Question V, Part (a).

[1026] Nader 1/22/18 302, at 6; **Grand Jury**

[1027] Nader 1/22/18 302, at 6; **Grand Jury**

**GJ** 1028 **Grand Jury**

029 According to Nader, Dmitriev was very anxious to connect with the incoming Administration and told Nader that he would try other routes to do so besides Nader himself.[1030] Nader did not ultimately introduce Dmitriev to anyone associated with the incoming Administration during Dmitriev's post-election trip to New York.[1031]

In early December 2016, Dmitriev again broached the topic of meeting incoming Administration officials with Nader in January or February.[1032] Dmitriev sent Nader a list of publicly available quotes of Dmitriev speaking positively about Donald Trump "in case they [were] helpful."[1033]

### c. Erik Prince and Kirill Dmitriev Meet in the Seychelles

#### i. George Nader and Erik Prince Arrange Seychelles Meeting with Dmitriev

Nader traveled to New York in early January 2017 and had lunchtime and dinner meetings with Erik Prince on January 3, 2017.[1034] Nader and Prince discussed Dmitriev.[1035] Nader informed Prince that the Russians were looking to build a link with the incoming Trump Administration.[1036] **Grand Jury** he told Prince that Dmitriev had been pushing Nader to introduce him to someone from the incoming Administration **Grand Jury** .[1037] Nader suggested, in light of Prince's relationship with Transition Team officials, that Prince and Dmitriev meet to discuss issues of mutual concern.[1038] **Grand Jury** Prince told Nader that he needed to think further about it and to check with Transition Team officials.[1039]

After his dinner with Prince, Nader sent Prince a link to a Wikipedia entry about Dmitriev, and sent Dmitriev a message stating that he had just met "with some key people within the family and inner circle"—a reference to Prince—and that he had spoken at length and positively about

---

1028 **Grand Jury**

1029 **Grand Jury**

1030 Nader 1/22/18 302, at 6.

1031 Nader 1/22/18 302, at 5-7.

1032 12/8/16 Text Messages, Dmitriev to Nader (12:10:31 a.m.); Nader 1/22/18 302, at 11.

1033 12/8/16 Text Message, Dmitriev to Nader (12:10:31 a.m.); 12/8/16 Text Message, Dmitriev to Nader (12:10:57 a.m.).

1034 Prince 4/4/18 302, at 8.

1035 Prince 5/3/18 302, at 3; **Grand Jury**

1036 **Grand Jury**

1037 **Grand Jury**

1038 **Grand Jury**

1039 **Grand Jury**

U.S. Department of Justice

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

Dmitriev.[1040]   Nader told Dmitriev that the people he met had asked for Dmitriev's bio, and Dmitriev replied that he would update and send it.[1041]   Nader later received from Dmitriev two files concerning Dmitriev:  one was a two-page biography, and the other was a list of Dmitriev's positive quotes about Donald Trump.[1042]

The next morning, Nader forwarded the message and attachments Dmitriev had sent him to Prince.[1043]   Nader wrote to Prince that these documents were the versions "to be used with some additional details for them" (with "them" referring to members of the incoming Administration).[1044]   Prince opened the attachments at Trump Tower within an hour of receiving them.[1045]   Prince stated that, while he was at Trump Tower that day, he spoke with Kellyanne Conway, Wilbur Ross, Steve Mnuchin, and others while waiting to see Bannon.[1046]   Cell-site location data for Prince's mobile phone indicates that Prince remained at Trump Tower for approximately three hours.[1047]   Prince said that he could not recall whether, during those three hours, he met with Bannon and discussed Dmitriev with him.[1048]   **Grand Jury** [1049]

Prince booked a ticket to the Seychelles on January 7, 2017.[1050]   The following day, Nader wrote to Dmitriev that he had a "pleasant surprise" for him, namely that he had arranged for Dmitriev to meet "a Special Guest" from "the New Team," referring to Prince.[1051]   Nader asked Dmitriev if he could come to the Seychelles for the meeting on January 12, 2017, and Dmitriev agreed.[1052]

The following day, Dmitriev sought assurance from Nader that the Seychelles meeting would be worthwhile.[1053]   **Grand Jury**   Dmitriev was not enthusiastic about the idea of meeting with Prince, and that Nader assured him that Prince wielded influence with the incoming

---

[1040] 1/4/17 Text Message, Nader to Prince; 1/4/17 Text Messages, Nader to Dmitriev (5:24 a.m. – 5:26 a.m.); Nader 1/22/18 302, at 8-9; **Grand Jury**

[1041] 1/4/17 Text Messages, Nader & Dmitriev (7:24:27 a.m.).

[1042] 1/4/17 Text Messages, Dmitriev to Nader (7:25-7:29 a.m.)

[1043] 1/4/17 Text Messages, Nader to Prince.

[1044] 1/4/17 Text Messages, Nader to Prince; **Grand Jury**

[1045] Prince 5/3/18 302, at 1-3.

[1046] Prince 5/3/18 302, at 2-3.

[1047] Cell-site location data for Prince's mobile phone **Investigative Technique**

[1048] Prince 5/3/18 302, at 3.

[1049] **Grand Jury**

[1050] 1/5/17 Email, Kasbo to Prince.

[1051] 1/8/17 Text Messages, Nader to Dmitriev (6:05 – 6:10 p.m.).

[1052] 1/8/17 Text Messages, Nader & Dmitriev (6:10 – 7:27 p.m.).

[1053] 1/9/17 Text Message, Dmitriev to Nader.

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)

Administration.[1054]  Nader wrote to Dmitriev,  "This guy [Prince] is designated by Steve [Bannon] to meet you!  I know him and he is very very well connected and trusted by the New Team.  His sister is now a Minister of Education."[1055]  According to Nader, Prince had led him to believe that Bannon was aware of Prince's upcoming meeting with Dmitriev, and Prince acknowledged that it was fair for Nader to think that Prince would pass information on to the Transition Team.[1056]  Bannon, however, told the Office that Prince did not tell him in advance about his meeting with Dmitriev.[1057]

### ii.  The Seychelles Meetings

Dmitriev arrived with his wife in the Seychelles on January 11, 2017, and checked into the Four Seasons Resort where Crown Prince Mohammed and Nader were staying.[1058]  Prince arrived that same day.[1059]  Prince and Dmitriev met for the first time that afternoon in Nader's villa, with Nader present.[1060]  The initial meeting lasted approximately 30-45 minutes.[1061]

**Grand Jury**

[1062]  Prince described the eight years of the Obama Administration in negative terms, and stated that he was looking forward to a new era of cooperation and conflict resolution.[1063]  According to Prince, he told Dmitriev that Bannon was effective if not conventional, and that Prince provided policy papers to Bannon.[1064]

**Grand Jury**

[1065] **Grand Jury**

---

[1054] **Grand Jury**

[1055] 1/9/17 Text Message, Nader to Dmitriev (2:12:56 p.m.); Nader 1/19/18 302, at 13; **Grand Jury**

[1056] Nader 1/19/18 302, at 13; **Grand Jury**  Prince 5/3/18 302, at 3.

[1057] Bannon 2/14/18 302, at 25-26.

[1058] 1/10/17 Text Messages, Dmitriev & Nader (2:05:54 – 3:30:25 p.m.); 1/11/17 Text Messages, Dmitriev & Nader (2:16:16 – 5:17:59 p.m.).

[1059] 1/7/17 Email, Kasbo to Prince.

[1060] 1/11/17 Text Messages, Nader & Dmitriev (5:18:24 – 5:37:14 p.m.);  **Grand Jury**

[1061] Prince 5/3/18 302, at 4; **Grand Jury**

[1062] **Grand Jury**

[1063] **Grand Jury**

[1064] Prince 5/3/18 302, at 4.

[1065] **Grand Jury**

Attorney Work Product // May Contain Material Protected Under Fed. R. Crim. P. 6(e)



The topic of Russian interference in the 2016 election did not come up.[1069]

Prince added that he would inform Bannon about his meeting with Dmitriev, and that if there was interest in continuing the discussion, Bannon or someone else on the Transition Team would do so.[1071]

Afterwards, Prince returned to his room, where he learned that a Russian aircraft carrier had sailed to Libya, which led him to call Nader and ask him to set up another meeting with Dmitriev.[1073]  According to Nader, Prince called and said he had checked with his associates back home and needed to convey to Dmitriev that Libya was "off the table."[1074]  Nader wrote to Dmitriev that Prince had "received an urgent message that he needs to convey to you immediately," and arranged for himself, Dmitriev, and Prince to meet at a restaurant on the Four Seasons property.[1075]

At the second meeting, Prince told Dmitriev that the United States could not accept any Russian involvement in Libya because it would make the situation there much worse.[1076]

---

[1069] Prince 5/3/18 302, at 4-5.

[1071] Prince 5/3/18 302, at 4;

[1073] Prince 4/4/18 302, at 10; Prince 5/3/18 302, at 4;

[1074] Nader 1/22/18 302, at 14;

[1075]                       1/11/17 Text Messages, Dmitriev & Nader (9:13:54 – 10:24:25 p.m.).

[1076]                                                                          Prince, however, denied that and recalled that he was making these remarks to Dmitriev not in an official capacity for the transition but based on his experience as a former naval officer.  Prince 5/3/18 302, at 4.

**Grand Jury** [1077]

After the brief second meeting concluded, Nader and Dmitriev discussed what had transpired.[1078]  Dmitriev told Nader that he was disappointed in his meetings with Prince for two reasons:  first, he believed the Russians needed to be communicating with someone who had more authority within the incoming Administration than Prince had.[1079]  Second, he had hoped to have a discussion of greater substance, such as outlining a strategic roadmap for both countries to follow.[1080]  Dmitriev told Nader that **Grand Jury** Prince's comments **Grand Jury** were insulting **Grand Jury** [1081]

Hours after the second meeting, Prince sent two text messages to Bannon from the Seychelles.[1082]  As described further below, investigators were unable to obtain the content of these or other messages between Prince and Bannon, and the investigation also did not identify evidence of any further communication between Prince and Dmitriev after their meetings in the Seychelles.

### iii.  Erik Prince's Meeting with Steve Bannon after the Seychelles Trip

After the Seychelles meetings, Prince told Nader that he would inform Bannon about his discussion with Dmitriev and would convey that someone within the Russian power structure was interested in seeking better relations with the incoming Administration.[1083]  On January 12, 2017, Prince contacted Bannon's personal assistant to set up a meeting for the following week.[1084]  Several days later, Prince messaged her again asking about Bannon's schedule.[1085]

Prince said that he met Bannon at Bannon's home after returning to the United States in mid-January and briefed him about several topics, including his meeting with Dmitriev.[1086]  Prince told the Office that he explained to Bannon that Dmitriev was the head of a Russian sovereign wealth fund and was interested in improving relations between the United States and Russia.[1087]  Prince had on his cellphone a screenshot of Dmitriev's Wikipedia page dated January 16, 2017,

---

[1077] **Grand Jury**

[1078] Nader 1/22/18 302, at 15; **Grand Jury**

[1079] Nader 1/22/18 302, at 9, 15; **Grand Jury**

[1080] Nader 1/22/18 302, at 15.

[1081] **Grand Jury** Nader 1/22/18 302, at 15.

[1082] Call Records of Erik Prince **Grand Jury** .

[1083] Prince 4/4/18 302, at 10; Prince 5/3/18 302, at 4; **Grand Jury**

[1084] 1/12/17 Text Messages, Prince to Preate.

[1085] 1/15/17 Text Message, Prince to Preate.

[1086] Prince 4/4/18 302, at 11; Prince 5/3/18 302, at 5.

[1087] Prince 4/4/18 302, at 11; Prince 5/3/18 302, at 5.

and Prince told the Office that he likely showed that image to Bannon.[1088]  Prince also believed he provided Bannon with Dmitriev's contact information.[1089]  According to Prince, Bannon instructed Prince not to follow up with Dmitriev, and Prince had the impression that the issue was not a priority for Bannon.[1090]  Prince related that Bannon did not appear angry, just relatively uninterested.[1091]

Bannon, by contrast, told the Office that he never discussed with Prince anything regarding Dmitriev, RDIF, or any meetings with Russian individuals or people associated with Putin.[1092] Bannon also stated that had Prince mentioned such a meeting, Bannon would have remembered it, and Bannon would have objected to such a meeting having taken place.[1093]

The conflicting accounts provided by Bannon and Prince could not be independently clarified by reviewing their communications, because neither one was able to produce any of the messages they exchanged in the time period surrounding the Seychelles meeting.  Prince's phone contained no text messages prior to March 2017, though provider records indicate that he and Bannon exchanged dozens of messages.[1094]  Prince denied deleting any messages but claimed he did not know why there were no messages on his device before March 2017.[1095]  Bannon's devices similarly contained no messages in the relevant time period, and Bannon also stated he did not know why messages did not appear on his device.[1096]  Bannon told the Office that, during both the months before and after the Seychelles meeting, he regularly used his personal Blackberry and personal email for work-related communications (including those with Prince), and he took no steps to preserve these work communications.[1097]

### d. Kirill Dmitriev's Post-Election Contact with Rick Gerson Regarding U.S.-Russia Relations

Dmitriev's contacts during the transition period were not limited to those facilitated by Nader.  In approximately late November 2016, the UAE national security advisor introduced Dmitriev to Rick Gerson, a friend of Jared Kushner who runs a hedge fund in New York.[1098] Gerson stated he had no formal role in the transition and had no involvement in the Trump

---

[1088] Prince 5/3/18 302, at 5; 1/16/17 Image on Prince Phone (on file with the Office).

[1089] Prince 5/3/18 302, at 5.

[1090] Prince 5/3/18 302, at 5.

[1091] Prince 5/3/18 302, at 5.

[1092] Bannon 10/26/18 302, at 10-11.

[1093] Bannon 10/26/18 302, at 10-11.

[1094] Call Records of Erik Prince ███Grand Jury███.

[1095] Prince 4/4/18 302, at 6.

[1096] Bannon 10/26/18 302, at 11; Bannon 2/14/18 302, at 36.

[1097] Bannon 10/26/18 302, at 11.

[1098] Gerson 6/5/18 302, at 1, 3; 11/26/16 Text Message, Dmitriev to Gerson; 1/25/17 Text Message, Dmitriev to Nader.