**MANDATE**

1:21-cv-10075-LAP

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand twenty-three,

Erik Prince,

    Plaintiff - Appellant,

v.

First Look Media Works, Inc., a Delaware corporation, Matthew Cole, an individual,

    Defendants - Appellees,

The Intercept, a New York company, Alex Emmons, an individual,

    Defendants.

**ORDER**
Docket No. 23-1024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2023

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/16/2023